Clara Warneke, Administratrix of Estate of Frank Warneke, Deceased, Appellee, v. Henry A. Torstenson, Appellant.

Gen. No. 40,272.

Heard in second division, first district, this court at October term, 1938; opinion filed April 2, 1940. Robertson, Crowe & Spence, for appellant; Burt A. Crowe, of counsel; McKenna & Harris, for appellee; James J. McKenna, of counsel. Opinion by JUSTICE SCANLAN. "Not to be published in full."